UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAVAYAH HANCOCK, STEVEN RALSTON, and JUSTICE BUCHANAN, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 1-15-00055<br>) Senior Judge Haynes |
| BUCKY ROWLAND, et al., | )<br>) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 45) to grant Defendants' motion to dismiss for lack of prosecution (Docket Entry No. 34) and to dismiss Plaintiff Ralston's claims against Defendants with prejudice. Plaintiff Ralston has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion to dismiss for lack of prosecution (Docket Entry No. 34) is **GRANTED.** Plaintiff Ralston's claims against Defendants are **DISMISSED with prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED.**

ENTERED this the ___ day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge