UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| CAVAYAH HANCOCK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1-15-00055 |
| v. ) | Senior Judge Haynes |
| ) | |
| BUCKY ROWLAND, et al., ) | |
| ) | |
| Defendants. ) | |

# O R D E R

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 59), recommending to grant Defendants' motions to dismiss (Docket Entry Nos. 52 and 58) for Plaintiffs' failure to prosecute and failure to comply with the Magistrate Judge's previous Order (Docket Entry No. 54). Plaintiffs have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motions to dismiss (Docket Entry Nos. 52 and 58) are **GRANTED**. Defendants' motion to amend scheduling Order (Docket Entry No. 41) is **DENIED as moot**. This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the ___19th___ day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge